William HEWLETT, Petitioner–Appellant,

v.

UNITED STATES PAROLE COMMISSION; Warden Timothy S. Stewart, Respondents–Appellees.

No. 14–7407.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2015.

Decided: May 22, 2015.

William Hewlett, Appellant Pro Se. Molissa Heather Farber, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hewlett, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hewlett v. United States Parole Comm'n,* No. 1:13–cv–02814–WDQ (D.Md. Sept. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*